FILED

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
2017 MAR 30 PM 3:57

ORLANDO DIVISION

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

CASE NO.

6:17-cv-574-ORL-18-TBS

DOROTHY FISHER,

    Plaintiff,

vs.

Defendants:

GREGORY WHITLOCK, a
    a resident of the State of Tennessee,
    and

AUTHORHOUSE LLC
    an Indiana Limited Liability Co.

_____/

## COMPLAINT

Plaintiff DOROTHY FISHER sues Defendants GREGORY WHITLOCK and AUTHORHOUSE LLC. and alleges:

**Narrative of the Relevant Facts:**

1. Plaintiff DOROTHY FISHER is the sole author of the book <u>Cooking with Miss Dorothy,</u> which is the subject of federally-registered copyright no. TX0007965220 held by Plaintiff, hereinafter FISHER; at all times material hereto FISHER has been a resident of the state of Florida.

2. Defendant GREGORY WHITLOCK, hereinafter WHITLOCK, is the brother

of Plaintiff FISHER, is a frequent visitor in Florida but resides in Tennessee.

3. Defendant AUTHORHOUSE LLC is a publishing company registered in the state of Indiana.

4. This is an action for unlawful misappropriation of benefits to which Plaintiff has been the rightful recipient; this is larceny in Florida, Indiana and Tennessee, as well as a crime under federal copyright law.

5. Plaintiff requests that the appropriate venue for this action is Florida because Plaintiff's material witnesses are Florida residents, and Plaintiff entrusted the manuscript of her cookbook to Defendant Whitlock in the the state of Florida, with the understanding he would find a publisher for the book.

6. Plaintiff completed her manuscript in 2005 and had a conversation with Whitlock concerning the manuscript, in which he advised Fisher that he could find a publisher for it  There was no oral or written agreement that Fisher was appointing Whitlock as her agent to negotiate a royalty agreement of any kind.

7. Subsequently, Fisher received a telephone call from an employee of Author House, asking for her input as to what price she wanted the published copies to sell for.

8. Thereafter, Plaintiff Fisher received no further inquiries or information from Defendant AuthorHouse, and Whitlock refused to communicate with Fisher about anything whatsoever, notwithstanding Plaintiff's efforts to obtain answers to her questions concerning the number of books sold and the royalties she should have

received.

9. In September of 2015, the undersigned attorney wrote a letter to AuthorHouse advising that she represented the author and copyright owner of <u>Cooking with Miss Dorothy,</u> and inquiring as to the number of copies of the book that had been sold to date; the response over the telephone to the undersigned was that only nine books had been sold.

10. Plaintiff Fisher and her late husband made an independent investigation of the market for the book and discovered that many thousands of copies of the book have been sold to the public, through Amazon and other book vendors.

## COUNT I

On information and belief, Defendant Whitlock has misappropriated royalties from the sale of Plaintiff's cookbook, in violation of federal copyright law, and the state criminal laws of Tennessee, Indiana, and Florida.

WHEREFORE, Plaintiff demands the following relief:

A. An accounting of all royalties received by Defendant Whitlock from Defendant AuthorHousefrom the sale of Plaintiff's cookbook during the years 2005 to the present;

B. Money judgment against Defendant Whitlock and in favor of Plaintiff in the amount of misappropriated royalties..

## COUNT II

Plaintiff sues Defendant AuthorHouse LLC and alleges:

Defendant **negligantly** never confirmed with Plaintiff whether or not Defendant Whitlock was the lawful agent of Plaintiff, or had authority to negotiate on her behalf as to the right to publish her cookbook and/or to negotiate the issues of accounting and royalties to which Plaintiff was entitled.

WHEREFORE, Plaintiff demands judgment against Defendant AuthorHouse LLC for the following:

A. An accounting of all royalties paid to Defendant Whitlock on its sales of Plaintiff's cookbook during the years 2011 to the present;

B. A judgment for money damages in the amount of unpaid royalties which should have been paid to Plaintiff, plus costs of this action.

Signed: _Dorothy Fisher_ Date: 03/27/2017

DOROTHY FISHER
Pro Se

Address: 324 2nd Street
Orlando, FL 32824