UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DOROTHY FISHER,

    Plaintiff,

v.                                                              Case No. 6:17-cv-574-Orl-37TBS

GREGORY WHITLOCK; and
AUTHORHOUSE, LLC,

    Defendants.
_____

## ORDER

*Pro se* Plaintiff Dorothy Fisher has twice filed a complaint that fails to properly allege the Court's subject matter jurisdiction over this action concerning Defendants' alleged misappropriation of royalties owed to Plaintiff. (*See* Docs. 1, 10 ("**First Amended Complaint**").) On April 28, 2017, the Court: (1) dismissed the First Amended Complaint; (2) permitted Plaintiff to file a second amended complaint ("**SAC**") on or before May 15, 2017 ("**Filing Deadline**"); (3) encouraged Plaintiff to take advantage of the free, in-person legal information clinic for *pro se* litigants; and (4) cautioned Plaintiff that failure to file a SAC by the Filing Deadline would result in dismissal and closure of this case. (*See* Doc. 11.) The Filing Deadline has now passed, and Plaintiff has failed to file a SAC. Hence the Court finds that this action is due to be dismissed with prejudice.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     This action is **DISMISSED WITH PREJUDICE**.

2.     The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 16, 2017.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Party